[No. 21313-7-III.  Division Three.  August 23, 2005.]

*In the Matter of the Parentage of* J.J.D.

DIANE MARIE DARDEN, *Respondent*, v.
SCOTT SAUNDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-5-00127-7, Dennis D. Yule, J., entered July 8, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22931-9-III.  Division Three.  August 23, 2005.]

MYRTLE E. WOLDSON, *Respondent*, v. JOHN G. WOODHEAD, SR.,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-03948-9, Maryann C. Moreno, J., entered March 19, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22990-4-III.  Division Three.  August 23, 2005.]

BRENT MINOR ET AL., *Appellants*, v. MATT P. MILLER ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 03-2-00276-6, Michael E. Cooper, J., entered March 26, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz and Brown, JJ.